Byron De Wolf and others, Respondents, v. The

Metropolitan Trust Company and others, Appellants. — Judgment overruling demurrer to plaintiff's complaint affirmed, with costs on opinion of Special Term. Cullen, J., dissenting.